**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERTO MAGANA-RODRIGUEZ, | No. 06-72872 |
| Petitioner, | Agency No. A028-811-611 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 10, 2010 [**]

Before:     O'SCANNLAIN, HAWKINS, and IKUTA, Circuit Judges.

Alberto Magana-Rodriguez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for adjustment of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

status.  We have jurisdiction under 8 U.S.C. § 1252.  We grant the petition for review and remand.

The BIA denied Magana-Rodriguez's application for adjustment of status, concluding that his guilty plea and compliance with certain elements of a diversion program constituted a "conviction" for the purposes of 8 U.S.C. § 1101(a)(48), and therefore a controlled substance violation.  The BIA, however, did not have the benefit of our intervening decision in *Retuta v. Holder*, 591 F.3d 1181 (9th Cir. 2010), which held that Congress had intentionally omitted certain types of sanctions from consideration as "punishment, penalty, or restraint on . . . liberty" under 8 U.S.C. § 1101(a)(48)(A)(ii).  We therefore remand for the BIA to reconsider its denial of Magana-Rodriguez's application for adjustment of status in light of *Retuta*.

**PETITION FOR REVIEW GRANTED; REMANDED.**